# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Theresa M. Sparing,<br><br>    Plaintiff<br><br>    v.<br><br>Social Security Administration,<br><br>    Defendant | Case No.: 2:12-cv-01572-JAD-GWF<br><br>**Order Adopting Report and Recommendation [Doc. 28] and Denying Motion to Remand [Doc. 18]** |

    Magistrate Judge George Foley entered a report and recommendation on May 5, 2014, recommending that plaintiff Theresa Sparing's motion to remand be denied. Doc. 8. Objections were due May 22, 2014. Sparing has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

. . .

. . .

. . .

1

Accordingly, and with good cause appearing,

**IT IS HEREBY ORDERED** that Magistrate Judge Foley's report and recommendation **[Doc. 28] is ADOPTED**.

**IT IS FURTHER ORDERED** that Theresa Sparing's motion to remand **[Doc. 12] is DENIED**.

DATED June 4, 2014.

_____
Jennifer A. Dorsey
United States District Judge