UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Theresa M. Sparing, | Case No. 2:12-cv-01572-RFB-GWF |
| Plaintiff, | ORDER |
| v. | |
| Social Security Administration, | |
| Defendant. | |

This case involves judicial review of administrative action by the Commissioner of Social Security denying Plaintiff Theresa M. Sparing's ("Plaintiff") claim for disability benefits. On July 1, 2013, Plaintiff filed a motion to remand for an award of benefits or, alternatively, for a new hearing and further administrative proceedings. Motion for Remand, ECF No. 18. On May 5, 2014, Magistrate Judge George Foley, Jr. found that the administrative law judge's decision was supported by substantial evidence and recommended Plaintiff's motion for reversal and/or remand be denied. Report and Recommendation, ECF No 28. No objections to the Report and Recommendation were filed, and, on June 4, 2014, District Judge Jennifer A. Dorsey adopted the Report and Recommendation. Order, ECF No. 29.

Because Plaintiff Theresa M. Sparing's Motion for Remand, ECF No. 18, has been denied, IT IS ORDERED that the Clerk of Court enter judgment and close this case.

Dated: January 20, 2015

_____
RICHARD F. BOULWARE, II
United States District Judge